# Notice Recipients

District/Off: 0315−2                    User: lfin                    Date Created: 10/27/2021
Case: 18−22228−GLT                Form ID: trc                 Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
15301451    Community Loan Servicing, LLC         4425 Ponce De Leon Blvd., 5th Floor         Coral Gables FL 33146

TOTAL: 1