**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
3/30/22 4:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  ALAN W. CRIDGE
LOIS C. CRIDGE
        Debtor(s)
  Ronda J. Winnecour, Trustee
    Movant
      vs.
  ALAN W. CRIDGE
LOIS C. CRIDGE

      Respondents

Case No. 18-22228GLT

Chapter 13

Related to Docket No. 55

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 30th Day of March, 2022, it is hereby ORDERED, ADJUDGED, and DECREED that

Duquesne Light
Attn: Payroll Manager
411 7Th Ave
Pittsburgh, PA 15219

is hereby ordered to immediately terminate the attachment of the wages of ALAN W. CRIDGE, social security number XXX-XX-4380. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ALAN W. CRIDGE.

FURTHER ORDERED:

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_/s/ Gregory L. Taddonio_
**drb**
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22228-GLT |
| Alan W. Cridge | Chapter 13 |
| Lois C. Cridge | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 30, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alan W. Cridge, Lois C. Cridge, 6021 Middle Road, Gibsonia, PA 15044-7941 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2022            Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com |
| Kenneth Steidl | |
| | on behalf of Joint Debtor Lois C. Cridge julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | |
| | on behalf of Debtor Alan W. Cridge julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |

Kevin Scott Frankel
      on behalf of Creditor Bayview Loan Servicing  LLC pabk@logs.com, logsecf@logs.com

Kristen D. Little
      on behalf of Creditor Community Loan Servicing  LLC logsecf@logs.com, cistewart@logs.com

Kristen D. Little
      on behalf of Creditor Bayview Loan Servicing  LLC logsecf@logs.com, cistewart@logs.com

Leslie J. Rase, Esq.
      on behalf of Creditor Bayview Loan Servicing  LLC pabk@logs.com

Mary F. Kennedy
      on behalf of Creditor First Tennessee Bank National Association successor thru merger with First Horizon Home Loan Corporation mary@javardianlaw.com  coleen@javardianlaw.com

Office of the United States Trustee
      ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
      cmecf@chapter13trusteewdpa.com

S. James Wallace
      on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas Song
      on behalf of Creditor Bayview Loan Servicing  LLC pawb@fedphe.com

TOTAL: 13