IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 18-22228 GLT |
| Alan W. Cridge | ) | Chapter 13 |
| Lois C. Cridge, | ) | Docket No. |
|     *Debtors* | ) | |
| | ) | |
| Alan W. Cridge | ) | |
| Lois C. Cridge, | ) | |
|     *Movants* | ) | |
| | ) | |
| *No Respondent(s)* | ) | |

## **DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On August 18, 2018 at docket number 29 and 30, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by*:* The wife Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.


| | |
|---|---|
| <u>April 18, 2022</u> | <u>/s/ Alan W. Cridge</u> |
| Date | Debtor |
| | |
| | |
| <u>April 18, 2022</u> | <u>/s/ Lois C. Cridge</u> |
| Date | Debtor |

        Respectfully submitted,

April 20, 2022           /s/ Kenneth Steidl
DATE          Kenneth Steidl, Esquire
         Attorney for the Debtor

STEIDL & STEINBERG
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965

**PAWB Local Form 24 (07/13)**