FILED
5/12/22 9:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| Alan W. Cridge | ) | Case No. 18-22228 GLT |
| Lois C. Cridge | ) | |
|     Debtor | ) | Chapter 13 |
| | ) | Document No. |
| Steidl and Steinberg, P.C. | ) | |
|     Applicant | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, | ) | Related to Docket No. 58 |
| Trustee, AT&T Universal Card, Ally Bank, Ally | ) | |
| Financial, Avenue, Bank of America, Barclay Card | ) | |
| US/Carnival, Bayview Loan, Best Buy, CBC, Capital | ) | |
| One, Catherine's, Christopher & Bank, Citi Cards, | ) | |
| Citizens Bank, Coldwater Creek, Colfax Power Plant | ) | |
| Credit Union, Comenity Bank/Coldwater, Community | ) | |
| Loan Servicing, DLJ Mortgage Capital, Department | ) | |
| Stores National Bank, Discover, Discover Bank, Dress | ) | |
| Barn, Duquesne Light Co., Fashion Bug, First Tennessee | ) | |
| Bank, IRS, JP Morgan Chase, Kohl's, Lane Bryant, | ) | |
| DSNB Macy's, PRA Receivables Management, PA | ) | |
| Dept. of Revenue, Peoples Natural Gas, Portfolio | ) | |
| Recovery Assoc., Quantum3Group, SPS, Sam's Club, | ) | |
| Sears, State Collection Service, CitiBank, Synchrony | ) | |
| Bank/JCP, TD Bank USA, TJX, Target, The Children's | ) | |
| Place, Home Depot, Transworld Systems, UPMC Health | ) | |
| Plan, UPMC Physicial Services, Verizon, Walmart, | ) | |
| eCAST Settlement | ) | |
|     Respondents | ) | |

### ORDER OF COURT

AND NOW, to-wit this __12th Day of May__, 2022, after consideration of

the Application for Final Compensation by Counsel for Debtor it is hereby ORDERED,

ADJUDGED and DECREED that:

1. The Application for Final Compensation is approved in the additional amount of $1,160.00 for work performed in the Chapter 13 case by Debtors' counsel from January 16, 2018, to April 14, 2022.

2. The Debtors paid their counsel for administrative costs and expenses totaling $500.00 (which included the court filing fee of $310.00) prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3. Before the approval of this Fee Application, the Debtor's counsel was paid a $610.00 retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $3,390.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtor's counsel is $5,160.00, with the total to be paid through the Plan by the Trustee being $4,550.00 (representing the $3,390.00 previously approved to be paid (as set forth above), an additional $1,160.00 from the funds that the Chapter 13 Trustee currently as "on hand", to be paid once the goals of the plan have been completed but before any Debtor Refund is issued to the Debtors;

4. The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

5. The clerk shall record the total compensation as $1,160.00

6. The balance is waived.

FURTHER ORDERED:

_____
Hon. Gregory L. Taddonio
United States Bankruptcy Judge

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22228-GLT |
| Alan W. Cridge | Chapter 13 |
| Lois C. Cridge | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 12, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Alan W. Cridge, Lois C. Cridge, 6021 Middle Road, Gibsonia, PA 15044-7941 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2022        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor CSMC 2021-RPL9 Trust bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor CSMC 2021-RPL9 Trust dcarlon@kmllawgroup.com |
| Kenneth Steidl | on behalf of Joint Debtor Lois C. Cridge julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Alan W. Cridge julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@st |

eidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Kevin Scott Frankel
    on behalf of Creditor Bayview Loan Servicing LLC pabk@logs.com, logsecf@logs.com

Kristen D. Little
    on behalf of Creditor Community Loan Servicing LLC logsecf@logs.com, cistewart@logs.com

Kristen D. Little
    on behalf of Creditor Bayview Loan Servicing LLC logsecf@logs.com, cistewart@logs.com

Leslie J. Rase, Esq.
    on behalf of Creditor Bayview Loan Servicing LLC pabk@logs.com

Mary F. Kennedy
    on behalf of Creditor First Tennessee Bank National Association successor thru merger with First Horizon Home Loan Corporation mary@javardianlaw.com coleen@javardianlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Bayview Loan Servicing LLC pawb@fedphe.com

TOTAL: 15