Form 604

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Alan W. Cridge** | : | Case No. 18−22228−GLT |
| **Lois C. Cridge** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 71 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 8/24/22 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 28th of June, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 71 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

   (1)  *On or before August 11, 2022*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

   (2)  This Motion is scheduled for hearing on *August 24, 2022 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

   (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

   (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22228-GLT |
| Alan W. Cridge | Chapter 13 |
| Lois C. Cridge | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Jun 28, 2022 | Form ID: 604 | Total Noticed: 66 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alan W. Cridge, Lois C. Cridge, 6021 Middle Road, Gibsonia, PA 15044-7941 |
| cr | ++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102 address filed with court:, Bayview Loan Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14857237 | | Bank of America, PO Box 98234, El Paso, TX 79998 |
| 14857241 | + | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14857247 | + | Colfax Power Plant Credit Union, 832 Pittsburgh Street, Springdale, PA 15144-1623 |
| 14857248 | + | Colfax Power Plant Employlees FCU, PO Box 186, Springdale, PA 15144-0186 |
| 14857250 | | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14857251 | | Dressbarn Capital One, P.O. Box 71106, Charlotte, NC 28272-1106 |
| 14857253 | + | First Tennessee Bank, PO Box 1532, Memphis, TN 38101-1532 |
| 14857254 | + | First Tennessee Bank, 165 Madison Avenue, Attn: Bankruptcy, Memphis, TN 38103-2725 |
| 14864356 | + | First Tennessee Bank, National, Assocaition, et al, P.O. Box 1469, Knoxville, TX 37901-1469 |
| 14857274 | + | Transworld Systems Inc, 300 Cedar Ridge Dr, Suite 307, Pittsburgh, PA 15205-1159 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 29 2022 00:08:02 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Jun 29 2022 00:08:00 | Bayview Loan Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 29 2022 00:08:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 29 2022 00:09:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14857235 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:18:33 | AT & T Universal Card, PO Box 9001037, Louisville, KY 40290-1037 |
| 14858878 | | Email/Text: ally@ebn.phinsolutions.com | Jun 29 2022 00:08:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14857234 | | Email/Text: ally@ebn.phinsolutions.com | Jun 29 2022 00:08:00 | Ally Financial, P O Box 130424, Roseville, MN 55113-0004 |
| 14857236 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2022 00:09:00 | Avenue, P. O. Box 659584, San Antonio, TX 78265-9584 |
| 14857238 | + | Email/Text: BarclaysBankDelaware@tsico.com | | |

Case 18-22228-GLT    Doc 73    Filed 06/30/22    Entered 07/01/22 00:28:55    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jun 28, 2022 | Form ID: 604 | Total Noticed: 66 |

| Recipient ID | | Delivery Method | Date/Time | Party |
|---|---|---|---|---|
| | | | Jun 29 2022 00:09:00 | Barclay Card US/Carnival, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14902070 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jun 29 2022 00:08:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, Florida 33146-1839 |
| 14857239 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:18:38 | Best Buy, PO Box 9001007, Louisville, KY 40290-1007 |
| 14857267 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:18:38 | Sunoco, P. O. Box 78056, Phoenix, AZ 85062 |
| 14857245 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 29 2022 00:08:00 | Citizens Bank, PO Box 42008, Providence, RI 02940 |
| 14859041 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 29 2022 00:08:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 15479726 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 29 2022 00:09:00 | CSMC 2021-RPL9 Trust, C/O SELECT PORTFOLIO SERVICING INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14885712 | | Email/PDF: bncnotices@becket-lee.com | Jun 29 2022 00:07:50 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14857240 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2022 00:09:00 | Catherines, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 14857242 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2022 00:09:00 | Christopher & Banks, PO Box 659728, San Antonio, TX 78265-9728 |
| 14857243 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:18:33 | Citi Cards, P.O. Box 70166, Philadelphia, PA 19176-0166 |
| 14857244 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 29 2022 00:08:00 | Citizens Bank, PO Box 18204, Bridgeport, CT 06601-3204 |
| 14857246 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2022 00:09:00 | Coldwater Creek, PO Box 659584, San Antonio, TX 78265-9584 |
| 14857249 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2022 00:09:00 | Comenity Bank/Coldwater, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15301451 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 29 2022 00:08:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1839 |
| 15426155 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 29 2022 00:09:00 | DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14857259 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:18:33 | Macy's, P.O. Box 9001094, Louisville, KY 40290 |
| 14880843 | | Email/Text: bnc-quantum@quantum3group.com | Jun 29 2022 00:09:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14863701 | | Email/Text: mrdiscen@discover.com | Jun 29 2022 00:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14894656 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 29 2022 00:09:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14857252 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2022 00:09:00 | Fashion Bug, PO Box 659728, San Antonio, TX 78265-9728 |
| 14857255 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 29 2022 00:09:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14857256 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 29 2022 00:08:13 | JP Morgan Chase Bank, P.O. Box 78420, Phoenix, AZ 85062 |
| 14890699 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 29 2022 00:07:42 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, |

| | | | | |
|---|---|---|---|---|
| | | | | Monroe LA 71203 |
| 14857257 | | Email/Text: PBNCNotifications@peritusservices.com | Jun 29 2022 00:08:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14857258 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2022 00:09:00 | Lane Bryant, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 14894967 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2022 00:08:18 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14858483 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 29 2022 00:08:18 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14891956 | | Email/Text: bnc-quantum@quantum3group.com | Jun 29 2022 00:09:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14891958 | | Email/Text: bnc-quantum@quantum3group.com | Jun 29 2022 00:09:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14891957 | | Email/Text: bnc-quantum@quantum3group.com | Jun 29 2022 00:09:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14857265 | | Email/Text: amieg@stcol.com | Jun 29 2022 00:08:00 | State Collection, 2509 S. Stoughton Road, Madison, WI 53716 |
| 14857262 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:07:58 | Sam's Club, PO Box 530942, Atlanta, GA 30353-0942 |
| 14857263 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:18:43 | Sears, P.O. Box 9001055, Louisville, KY 40290-1055 |
| 14857264 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:18:38 | Sears Mastercard, P.O. Box 9001055, Louisville, KY 40290-1055 |
| 14893755 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:08:11 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14857268 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:08:11 | Synchrony Bank/JCP, PO Box 960090, Orlando, FL 32896-0090 |
| 14894911 | + | Email/Text: bncmail@w-legal.com | Jun 29 2022 00:09:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14857273 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:08:11 | TJX, PO Box 530948, Atlanta, GA 30353-0948 |
| 14857270 | + | Email/Text: bncmail@w-legal.com | Jun 29 2022 00:09:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 14857271 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2022 00:09:00 | The Childrens Palace, PO Box 659820, San Antonio, TX 78265-9120 |
| 14857272 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:18:33 | The Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 14887655 | ^ | MEBN | Jun 29 2022 00:03:36 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14886602 | ^ | MEBN | Jun 29 2022 00:05:05 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14888407 | | Email/PDF: ebn_ais@aisinfo.com | Jun 29 2022 00:08:06 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14857277 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:08:11 | Walmart, PO Box 960024, Orlando, FL 32896-0024 |
| 14894143 | | Email/PDF: bncnotices@becket-lee.com | Jun 29 2022 00:07:48 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 55

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC |
| cr | | CSMC 2021-RPL9 Trust |
| cr | | Community Loan Servicing, LLC |
| cr | | DLJ Mortgage Capital, Inc. |
| cr | | First Tennessee Bank National Association successo |
| cr | | JPmorgan Chase Bank, National Association |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14857260 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Macy's, P.O. Box 9001094, Louisville, KY 40290 |
| 14857261 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Macy's, P.O. Box 9001094, Louisville, KY 40290 |
| 14857266 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection, 2509 S. Stoughton Road, Madison, WI 53716 |
| 14857269 | *+ | Synchrony Bank/JCP, PO Box 960090, Orlando, FL 32896-0090 |
| 14857275 | *+ | Transworld Systems Inc, 300 Cedar Ridge Dr, Suite 307, Pittsburgh, PA 15205-1159 |
| 14857276 | *+ | Transworld Systems Inc, 300 Cedar Ridge Dr, Suite 307, Pittsburgh, PA 15205-1159 |

TOTAL: 6 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2022            Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor CSMC 2021-RPL9 Trust bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor CSMC 2021-RPL9 Trust dcarlon@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Alan W. Cridge julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Lois C. Cridge julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Kevin Scott Frankel | |

District/off: 0315-2 | User: auto | Page 5 of 5
Date Rcvd: Jun 28, 2022 | Form ID: 604 | Total Noticed: 66

|   |   |
|---|---|
|   | on behalf of Creditor Bayview Loan Servicing LLC pabk@logs.com, logsecf@logs.com |
| Kristen D. Little | on behalf of Creditor Bayview Loan Servicing LLC kdlittleecf@gmail.com |
| Kristen D. Little | on behalf of Creditor Community Loan Servicing LLC kdlittleecf@gmail.com |
| Leslie J. Rase, Esq. | on behalf of Creditor Bayview Loan Servicing LLC pabk@logs.com |
| Mary F. Kennedy | on behalf of Creditor First Tennessee Bank National Association successor thru merger with First Horizon Home Loan Corporation mary@javardianlaw.com coleen@javardianlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor Bayview Loan Servicing LLC pawb@fedphe.com |

TOTAL: 15