**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ALAN W. CRIDGE<br>LOIS C. CRIDGE<br>　　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:18-22228<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 27, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/31/2018 and confirmed on 7/19/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 160,184.62 |
| Less Refunds to Debtor | 3,049.40 | |
| TOTAL AMOUNT OF PLAN FUND | | 157,135.22 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,550.00 | |
|   Trustee Fee | 7,650.65 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 12,200.65 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| FIRST TENNESSEE BANK  Acct: 8589 | 0.00 | 13,706.21 | 0.00 | 13,706.21 |
| CSMC 2019-RPL9 TRUST  Acct: 8363 | 0.00 | 50,664.87 | 0.00 | 50,664.87 |
| FIRST TENNESSEE BANK  Acct: 8589 | 282.15 | 282.15 | 0.00 | 282.15 |
| CSMC 2019-RPL9 TRUST  Acct: 8363 | 1,206.13 | 1,206.13 | 0.00 | 1,206.13 |
| ALLY BANK(*)  Acct: 0709 | 14,559.48 | 14,559.48 | 1,903.16 | 16,462.64 |
| COLFAX POWER PLANT EMPL FCU  Acct: 4380 | 2,177.00 | 2,177.00 | 48.13 | 2,225.13 |
| | | | | 84,547.13 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ALAN W. CRIDGE  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ALAN W. CRIDGE  Acct: | 3,049.40 | 3,049.40 | 0.00 | 0.00 |
| STEIDL & STEINBERG  Acct: | 3,390.00 | 3,390.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG  Acct: XXXXXXXXXXXXXXXXXXXXXXXX4/22 | 1,160.00 | 1,160.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*  Acct: 4380 | 5,719.42 | 5,719.42 | 0.00 | 5,719.42 |
| | | | | 5,719.42 |
| **Unsecured** | | | | |
| CITIBANK/UNIVERSAL CARD SVCS**++  Acct: 3E15 | 0.00 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - COMENIT  Acct: 0509 | 1,516.16 | 1,516.16 | 0.00 | 1,516.16 |
| BANK OF AMERICA NA** (LMP) | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 0138 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 3,707.65 | 3,707.65 | 0.00 | 3,707.65 |
| | Acct: 9359 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 2,600.29 | 2,600.29 | 0.00 | 2,600.29 |
| | Acct: 3054 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENIT | 1,471.83 | 1,471.83 | 0.00 | 1,471.83 |
| | Acct: 1585 | | | | |
| | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7642 | | | | |
| | QUANTUM3 GROUP LLC - AGENT MOMA | 1,318.30 | 1,318.30 | 0.00 | 1,318.30 |
| | Acct: 0674 | | | | |
| | CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0170 | | | | |
| | CITIZENS BANK NA(*) | 2,674.12 | 2,674.12 | 0.00 | 2,674.12 |
| | Acct: 5868 | | | | |
| | CITIZENS BANK NA(*) | 4,805.94 | 4,805.94 | 0.00 | 4,805.94 |
| | Acct: 3697 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENIT | 522.93 | 522.93 | 0.00 | 522.93 |
| | Acct: 3449 | | | | |
| | DISCOVER BANK(*) | 11,869.03 | 11,869.03 | 0.00 | 11,869.03 |
| | Acct: 5626 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 233.82 | 233.82 | 0.00 | 233.82 |
| | Acct: 8731 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENIT | 458.31 | 458.31 | 0.00 | 458.31 |
| | Acct: 9060 | | | | |
| | CAPITAL ONE NA** | 3,032.52 | 3,032.52 | 0.00 | 3,032.52 |
| | Acct: 8527 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENIT | 1,424.71 | 1,424.71 | 0.00 | 1,424.71 |
| | Acct: 9029 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 1,209.19 | 1,209.19 | 0.00 | 1,209.19 |
| | Acct: 0290 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 1,556.64 | 1,556.64 | 0.00 | 1,556.64 |
| | Acct: 4370 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 917.29 | 917.29 | 0.00 | 917.29 |
| | Acct: 4551 | | | | |
| | ECAST SETTLEMENT CORP | 3,280.75 | 3,280.75 | 0.00 | 3,280.75 |
| | Acct: 4135 | | | | |
| | SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2199 | | | | |
| | SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2155 | | | | |
| | STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1248 | | | | |
| | STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2372 | | | | |
| | SUNOCO/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6515 | | | | |
| | ECAST SETTLEMENT CORP | 1,491.04 | 1,491.04 | 0.00 | 1,491.04 |
| | Acct: 4917 | | | | |
| | ECAST SETTLEMENT CORP | 183.29 | 183.29 | 0.00 | 183.29 |
| | Acct: 0187 | | | | |
| | TD BANK USA NA** | 547.34 | 547.34 | 0.00 | 547.34 |
| | Acct: 4544 | | | | |
| | QUANTUM3 GROUP LLC - AGENT COMEN | 1,313.66 | 1,313.66 | 0.00 | 1,313.66 |
| | Acct: 5671 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 2,738.19 | 2,738.19 | 0.00 | 2,738.19 |
| | Acct: 6106 | | | | |
| | ECAST SETTLEMENT CORP | 194.99 | 194.99 | 0.00 | 194.99 |
| | Acct: 4966 | | | | |
| | TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|    Acct: 5415 | | | | |
|   TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 5416 | | | | |
|   TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 5922 | | | | |
|   SYNCHRONY BANK | 2,969.93 | 2,969.93 | 0.00 | 2,969.93 |
|    Acct: 0862 | | | | |
|   INTERNAL REVENUE SERVICE* | 378.17 | 378.17 | 0.00 | 378.17 |
|    Acct: 4380 | | | | |
|   UPMC PHYSICIAN SERVICES | 916.90 | 916.90 | 0.00 | 916.90 |
|    Acct: 4380 | | | | |
|   UPMC PHYSICIAN SERVICES | 363.36 | 363.36 | 0.00 | 363.36 |
|    Acct: 6748 | | | | |
|   UPMC HEALTH SERVICES | 527.00 | 527.00 | 0.00 | 527.00 |
|    Acct: 4380 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE LP | 268.49 | 268.49 | 0.00 | 268.49 |
|    Acct: 0001 | | | | |
|   DUQUESNE LIGHT COMPANY* | 176.18 | 176.18 | 0.00 | 176.18 |
|    Acct: 3678 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0187 | | | | |
|   KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|   MARY F KENNEDY ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|   THOMAS SONG ESQ FOR JODI L HAUSE | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|   MCCALLA RAYMER  ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|   AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|   ALDRIDGE PITE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| | | | | 54,668.02 |

TOTAL PAID TO CREDITORS                                                                              144,934.57

TOTAL CLAIMED
  PRIORITY              5,719.42
  SECURED              18,224.76
  UNSECURED           54,668.02


Date: 06/27/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   ALAN W. CRIDGE
   LOIS C. CRIDGE
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:18-22228

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Alan W. Cridge  
Lois C. Cridge  
    Debtors

Case No. 18-22228-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 5  
Date Rcvd: Jun 28, 2022     Form ID: pdf900     Total Noticed: 66

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alan W. Cridge, Lois C. Cridge, 6021 Middle Road, Gibsonia, PA 15044-7941 |
| cr | ++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102 address filed with court:, Bayview Loan Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14857237 | | Bank of America, PO Box 98234, El Paso, TX 79998 |
| 14857241 | + | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14857247 | + | Colfax Power Plant Credit Union, 832 Pittsburgh Street, Springdale, PA 15144-1623 |
| 14857248 | + | Colfax Power Plant Employlees FCU, PO Box 186, Springdale, PA 15144-0186 |
| 14857250 | | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14857251 | | Dressbarn Capital One, P.O. Box 71106, Charlotte, NC 28272-1106 |
| 14857253 | + | First Tennessee Bank, PO Box 1532, Memphis, TN 38101-1532 |
| 14857254 | + | First Tennessee Bank, 165 Madison Avenue, Attn: Bankruptcy, Memphis, TN 38103-2725 |
| 14864356 | + | First Tennessee Bank, National, Assoication, et al, P.O. Box 1469, Knoxville, TX 37901-1469 |
| 14857274 | + | Transworld Systems Inc, 300 Cedar Ridge Dr, Suite 307, Pittsburgh, PA 15205-1159 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 29 2022 00:08:02 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Jun 29 2022 00:08:00 | Bayview Loan Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 29 2022 00:08:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 29 2022 00:09:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14857235 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:18:38 | AT & T Universal Card, PO Box 9001037, Louisville, KY 40290-1037 |
| 14858878 | | Email/Text: ally@ebn.phinsolutions.com | Jun 29 2022 00:08:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14857234 | | Email/Text: ally@ebn.phinsolutions.com | Jun 29 2022 00:08:00 | Ally Financial, P O Box 130424, Roseville, MN 55113-0004 |
| 14857236 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2022 00:09:00 | Avenue, P. O. Box 659584, San Antonio, TX 78265-9584 |
| 14857238 | + | Email/Text: BarclaysBankDelaware@tsico.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jun 28, 2022 | Form ID: pdf900 | Total Noticed: 66 |

| Recipient ID | | Delivery Method | Timestamp | Recipient |
|---|---|---|---|---|
| | | | Jun 29 2022 00:09:00 | Barclay Card US/Carnival, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14902070 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jun 29 2022 00:08:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, Florida 33146-1839 |
| 14857239 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:18:38 | Best Buy, PO Box 9001007, Louisville, KY 40290-1007 |
| 14857267 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:18:43 | Sunoco, P. O. Box 78056, Phoenix, AZ 85062 |
| 14857245 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 29 2022 00:08:00 | Citizens Bank, PO Box 42008, Providence, RI 02940 |
| 14859041 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 29 2022 00:08:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 15479726 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 29 2022 00:09:00 | CSMC 2021-RPL9 Trust, C/O SELECT PORTFOLIO SERVICING INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14885712 | | Email/PDF: bncnotices@becket-lee.com | Jun 29 2022 00:08:06 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14857240 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2022 00:09:00 | Catherines, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 14857242 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2022 00:09:00 | Christopher & Banks, PO Box 659728, San Antonio, TX 78265-9728 |
| 14857243 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:18:33 | Citi Cards, P.O. Box 70166, Philadelphia, PA 19176-0166 |
| 14857244 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 29 2022 00:08:00 | Citizens Bank, PO Box 18204, Bridgeport, CT 06601-3204 |
| 14857246 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2022 00:09:00 | Coldwater Creek, PO Box 659584, San Antonio, TX 78265-9584 |
| 14857249 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2022 00:09:00 | Comenity Bank/Coldwater, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15301451 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 29 2022 00:08:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1839 |
| 15426155 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 29 2022 00:09:00 | DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14857259 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:18:38 | Macy's, P.O. Box 9001094, Louisville, KY 40290 |
| 14880843 | | Email/Text: bnc-quantum@quantum3group.com | Jun 29 2022 00:09:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14863701 | | Email/Text: mrdiscen@discover.com | Jun 29 2022 00:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14894656 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 29 2022 00:09:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14857252 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2022 00:09:00 | Fashion Bug, PO Box 659728, San Antonio, TX 78265-9728 |
| 14857255 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 29 2022 00:09:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14857256 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 29 2022 00:07:42 | JP Morgan Chase Bank, P.O. Box 78420, Phoenix, AZ 85062 |
| 14890699 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 29 2022 00:07:42 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Monroe LA 71203 |
| 14857257 | | Email/Text: PBNCNotifications@peritusservices.com | Jun 29 2022 00:08:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14857258 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2022 00:09:00 | Lane Bryant, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 14894967 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2022 00:08:06 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14858483 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 29 2022 00:07:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14891956 | | Email/Text: bnc-quantum@quantum3group.com | Jun 29 2022 00:09:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14891958 | | Email/Text: bnc-quantum@quantum3group.com | Jun 29 2022 00:09:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14891957 | | Email/Text: bnc-quantum@quantum3group.com | Jun 29 2022 00:09:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14857265 | | Email/Text: amieg@stcol.com | Jun 29 2022 00:08:00 | State Collection, 2509 S. Stoughton Road, Madison, WI 53716 |
| 14857262 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:07:58 | Sam's Club, PO Box 530942, Atlanta, GA 30353-0942 |
| 14857263 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:18:39 | Sears, P.O. Box 9001055, Louisville, KY 40290-1055 |
| 14857264 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:18:33 | Sears Mastercard, P.O. Box 9001055, Louisville, KY 40290-1055 |
| 14893755 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:08:11 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14857268 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:08:13 | Synchrony Bank/JCP, PO Box 960090, Orlando, FL 32896-0090 |
| 14894911 | + | Email/Text: bncmail@w-legal.com | Jun 29 2022 00:09:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14857273 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:08:11 | TJX, PO Box 530948, Atlanta, GA 30353-0948 |
| 14857270 | + | Email/Text: bncmail@w-legal.com | Jun 29 2022 00:09:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 14857271 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2022 00:09:00 | The Childrens Palace, PO Box 659820, San Antonio, TX 78265-9120 |
| 14857272 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:18:33 | The Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 14887655 | ^ | MEBN | Jun 29 2022 00:03:38 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14886602 | ^ | MEBN | Jun 29 2022 00:05:06 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14888407 | | Email/PDF: ebn_ais@aisinfo.com | Jun 29 2022 00:08:06 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14857277 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:08:13 | Walmart, PO Box 960024, Orlando, FL 32896-0024 |
| 14894143 | | Email/PDF: bncnotices@becket-lee.com | Jun 29 2022 00:08:00 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 55

District/off: 0315-2 | User: auto | Page 4 of 5
Date Rcvd: Jun 28, 2022 | Form ID: pdf900 | Total Noticed: 66

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC |
| cr | | CSMC 2021-RPL9 Trust |
| cr | | Community Loan Servicing, LLC |
| cr | | DLJ Mortgage Capital, Inc. |
| cr | | First Tennessee Bank National Association successo |
| cr | | JPmorgan Chase Bank, National Association |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14857260 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Macy's, P.O. Box 9001094, Louisville, KY 40290 |
| 14857261 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Macy's, P.O. Box 9001094, Louisville, KY 40290 |
| 14857266 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection, 2509 S. Stoughton Road, Madison, WI 53716 |
| 14857269 | *+ | Synchrony Bank/JCP, PO Box 960090, Orlando, FL 32896-0090 |
| 14857275 | *+ | Transworld Systems Inc, 300 Cedar Ridge Dr, Suite 307, Pittsburgh, PA 15205-1159 |
| 14857276 | *+ | Transworld Systems Inc, 300 Cedar Ridge Dr, Suite 307, Pittsburgh, PA 15205-1159 |

TOTAL: 6 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor CSMC 2021-RPL9 Trust bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor CSMC 2021-RPL9 Trust dcarlon@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Alan W. Cridge julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Lois C. Cridge julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Kevin Scott Frankel | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Jun 28, 2022 | Form ID: pdf900 | Total Noticed: 66 |

on behalf of Creditor Bayview Loan Servicing LLC pabk@logs.com, logsecf@logs.com

Kristen D. Little
    on behalf of Creditor Bayview Loan Servicing LLC kdlittleecf@gmail.com

Kristen D. Little
    on behalf of Creditor Community Loan Servicing LLC kdlittleecf@gmail.com

Leslie J. Rase, Esq.
    on behalf of Creditor Bayview Loan Servicing LLC pabk@logs.com

Mary F. Kennedy
    on behalf of Creditor First Tennessee Bank National Association successor thru merger with First Horizon Home Loan Corporation mary@javardianlaw.com coleen@javardianlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Bayview Loan Servicing LLC pawb@fedphe.com

TOTAL: 15

Case 18-22228-GLT    Doc 74    Filed 06/30/22    Entered 07/01/22 00:28:55    Desc Imaged
Certificate of Notice    Page 10 of 10