| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Alan W. Cridge<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4380<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | Lois C. Cridge<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6748<br>EIN   __-_____ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   18–22228–GLT | | |

# Order of Discharge                                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Alan W. Cridge                                                     Lois C. Cridge

<u>8/12/22</u>                                                              **By the court:** <u>Gregory L. Taddonio</u>
                                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22228-GLT |
| Alan W. Cridge | Chapter 13 |
| Lois C. Cridge | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Aug 12, 2022 | Form ID: 3180W | Total Noticed: 68 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alan W. Cridge, Lois C. Cridge, 6021 Middle Road, Gibsonia, PA 15044-7941 |
| 14857237 | | Bank of America, PO Box 98234, El Paso, TX 79998 |
| 14857241 | + | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14857247 | + | Colfax Power Plant Credit Union, 832 Pittsburgh Street, Springdale, PA 15144-1623 |
| 14857248 | + | Colfax Power Plant Emplolyees FCU, PO Box 186, Springdale, PA 15144-0186 |
| 14857250 | | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14857254 | + | First Tennessee Bank, 165 Madison Avenue, Attn: Bankruptcy, Memphis, TN 38103-2725 |
| 14857253 | + | First Tennessee Bank, PO Box 1532, Memphis, TN 38101-1532 |
| 14864356 | + | First Tennessee Bank, National, Assocciation, et al, P.O. Box 1469, Knoxville, TX 37901-1469 |
| 14857274 | + | Transworld Systems Inc, 300 Cedar Ridge Dr, Suite 307, Pittsburgh, PA 15205-1159 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 13 2022 03:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 12 2022 23:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 13 2022 03:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 12 2022 23:22:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Aug 13 2022 03:18:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Aug 12 2022 23:22:00 | Bayview Loan Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 12 2022 23:22:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 12 2022 23:22:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |

Case 18-22228-GLT   Doc 77   Filed 08/14/22   Entered 08/15/22 00:22:34   Desc Imaged
Certificate of Notice   Page 4 of 7

| District/off: 0315-2 | User: auto | Page 2 of 5 |
| --- | --- | --- |
| Date Rcvd: Aug 12, 2022 | Form ID: 3180W | Total Noticed: 68 |

| | | | |
| --- | --- | --- | --- |
| 14857235 | + EDI: CITICORP.COM | Aug 13 2022 03:18:00 | AT & T Universal Card, PO Box 9001037, Louisville, KY 40290-1037 |
| 14858878 | EDI: GMACFS.COM | Aug 13 2022 03:18:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14857234 | EDI: GMACFS.COM | Aug 13 2022 03:18:00 | Ally Financial, P O Box 130424, Roseville, MN 55113-0004 |
| 14857236 | EDI: WFNNB.COM | Aug 13 2022 03:18:00 | Avenue, P. O. Box 659584, San Antonio, TX 78265-9584 |
| 14857238 | + EDI: TSYS2 | Aug 13 2022 03:18:00 | Barclay Card US/Carnival, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14902070 | + EDI: LCIBAYLN | Aug 13 2022 03:18:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, Florida 33146-1839 |
| 14857239 | EDI: CITICORP.COM | Aug 13 2022 03:18:00 | Best Buy, PO Box 9001007, Louisville, KY 40290-1007 |
| 14857267 | EDI: CITICORP.COM | Aug 13 2022 03:18:00 | Sunoco, P. O. Box 78056, Phoenix, AZ 85062 |
| 14857245 | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 12 2022 23:22:00 | Citizens Bank, PO Box 42008, Providence, RI 02940 |
| 14859041 | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 12 2022 23:22:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 15479726 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 12 2022 23:22:00 | CSMC 2021-RPL9 Trust, C/O SELECT PORTFOLIO SERVICING INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14885712 | Email/PDF: bncnotices@becket-lee.com | Aug 12 2022 23:29:30 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14857240 | EDI: WFNNB.COM | Aug 13 2022 03:18:00 | Catherines, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 14857242 | EDI: WFNNB.COM | Aug 13 2022 03:18:00 | Christopher & Banks, PO Box 659728, San Antonio, TX 78265-9728 |
| 14857243 | + EDI: CITICORP.COM | Aug 13 2022 03:18:00 | Citi Cards, P.O. Box 70166, Philadelphia, PA 19176-0166 |
| 14857244 | + Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 12 2022 23:22:00 | Citizens Bank, PO Box 18204, Bridgeport, CT 06601-3204 |
| 14857246 | + EDI: WFNNB.COM | Aug 13 2022 03:18:00 | Coldwater Creek, PO Box 659584, San Antonio, TX 78265-9584 |
| 14857249 | EDI: WFNNB.COM | Aug 13 2022 03:18:00 | Comenity Bank/Coldwater, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15301451 | + Email/Text: nsm_bk_notices@mrcooper.com | Aug 12 2022 23:22:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1839 |
| 15426155 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 12 2022 23:22:00 | DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14857259 | + EDI: CITICORP.COM | Aug 13 2022 03:18:00 | Macy's, P.O. Box 9001094, Louisville, KY 40290 |
| 14880843 | EDI: Q3G.COM | Aug 13 2022 03:18:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14863701 | EDI: DISCOVER.COM | Aug 13 2022 03:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14857251 | EDI: CAPITALONE.COM | Aug 13 2022 03:18:00 | Dressbarn Capital One, P.O. Box 71106, Charlotte, NC 28272-1106 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14894656 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 12 2022 23:22:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14857252 | | EDI: WFNNB.COM | Aug 13 2022 03:18:00 | Fashion Bug, PO Box 659728, San Antonio, TX 78265-9728 |
| 14857255 | | EDI: IRS.COM | Aug 13 2022 03:18:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14857256 | | EDI: JPMORGANCHASE | Aug 13 2022 03:18:00 | JP Morgan Chase Bank, P.O. Box 78420, Phoenix, AZ 85062 |
| 14890699 | | EDI: JPMORGANCHASE | Aug 13 2022 03:18:00 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 14857257 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 12 2022 23:22:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14857258 | | EDI: WFNNB.COM | Aug 13 2022 03:18:00 | Lane Bryant, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 14894967 | | EDI: PRA.COM | Aug 13 2022 03:18:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14858483 | + | EDI: RECOVERYCORP.COM | Aug 13 2022 03:18:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14891956 | | EDI: Q3G.COM | Aug 13 2022 03:18:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14891958 | | EDI: Q3G.COM | Aug 13 2022 03:18:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14891957 | | EDI: Q3G.COM | Aug 13 2022 03:18:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14857265 | | Email/Text: amieg@stcol.com | Aug 12 2022 23:22:00 | State Collection, 2509 S. Stoughton Road, Madison, WI 53716 |
| 14857262 | + | EDI: RMSC.COM | Aug 13 2022 03:18:00 | Sam's Club, PO Box 530942, Atlanta, GA 30353-0942 |
| 14857263 | + | EDI: CITICORP.COM | Aug 13 2022 03:18:00 | Sears, P.O. Box 9001055, Louisville, KY 40290-1055 |
| 14857264 | + | EDI: CITICORP.COM | Aug 13 2022 03:18:00 | Sears Mastercard, P.O. Box 9001055, Louisville, KY 40290-1055 |
| 14893755 | + | EDI: RMSC.COM | Aug 13 2022 03:18:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14857268 | + | EDI: RMSC.COM | Aug 13 2022 03:18:00 | Synchrony Bank/JCP, PO Box 960090, Orlando, FL 32896-0090 |
| 14894911 | + | Email/Text: bncmail@w-legal.com | Aug 12 2022 23:22:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14857273 | + | EDI: RMSC.COM | Aug 13 2022 03:18:00 | TJX, PO Box 530948, Atlanta, GA 30353-0948 |
| 14857270 | + | EDI: WTRRNBANK.COM | Aug 13 2022 03:18:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 14857271 | + | EDI: WFNNB.COM | Aug 13 2022 03:18:00 | The Childrens Palace, PO Box 659820, San Antonio, TX 78265-9120 |
| 14857272 | + | EDI: CITICORP.COM | Aug 13 2022 03:18:00 | The Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 14887655 | | ^ MEBN | Aug 12 2022 23:19:14 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 12, 2022 | Form ID: 3180W | Total Noticed: 68 |

| 14886602 | ^ MEBN | | | |
| --- | --- | --- | --- | --- |
| | | | Aug 12 2022 23:18:54 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14888407 | | EDI: AIS.COM | | |
| | | | Aug 13 2022 03:18:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14857277 | + | EDI: RMSC.COM | | |
| | | | Aug 13 2022 03:18:00 | Walmart, PO Box 960024, Orlando, FL 32896-0024 |
| 14894143 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Aug 12 2022 23:29:20 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 60

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC |
| cr | | CSMC 2021-RPL9 Trust |
| cr | | Community Loan Servicing, LLC |
| cr | | DLJ Mortgage Capital, Inc. |
| cr | | First Tennessee Bank National Association successo |
| cr | | JPmorgan Chase Bank, National Association |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14857260 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Macy's, P.O. Box 9001094, Louisville, KY 40290 |
| 14857261 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Macy's, P.O. Box 9001094, Louisville, KY 40290 |
| 14857266 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection, 2509 S. Stoughton Road, Madison, WI 53716 |
| 14857269 | *+ | Synchrony Bank/JCP, PO Box 960090, Orlando, FL 32896-0090 |
| 14857275 | *+ | Transworld Systems Inc, 300 Cedar Ridge Dr, Suite 307, Pittsburgh, PA 15205-1159 |
| 14857276 | *+ | Transworld Systems Inc, 300 Cedar Ridge Dr, Suite 307, Pittsburgh, PA 15205-1159 |

TOTAL: 6 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 14, 2022                           Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor CSMC 2021-RPL9 Trust bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Aug 12, 2022 | Form ID: 3180W | Total Noticed: 68 |

| | |
|---|---|
| Denise Carlon | on behalf of Creditor CSMC 2021-RPL9 Trust dcarlon@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Alan W. Cridge julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Lois C. Cridge julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Kevin Scott Frankel | on behalf of Creditor Bayview Loan Servicing LLC pabk@logs.com, logsecf@logs.com |
| Kristen D. Little | on behalf of Creditor Bayview Loan Servicing LLC kdlittleecf@gmail.com |
| Kristen D. Little | on behalf of Creditor Community Loan Servicing LLC kdlittleecf@gmail.com |
| Leslie J. Rase, Esq. | on behalf of Creditor Bayview Loan Servicing LLC pabk@logs.com |
| Mary F. Kennedy | on behalf of Creditor First Tennessee Bank National Association successor thru merger with First Horizon Home Loan Corporation mary@javardianlaw.com coleen@javardianlaw.com;chris.cummins@javardianlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor Bayview Loan Servicing LLC pawb@fedphe.com |

TOTAL: 15